UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SHERHONDA JONES STEWART                                                                           Plaintiff

v.                                                                                    Civil Action No. 3:19CV-560-RGJ

GLA COLLECTION COMPANY, INC.                                                                   Defendant

\* \* \* \* \*

### ORDER

The Court, having been advised by counsel that settlement has been reached on all matters in this case {DE 19], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within sixty (60) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within sixty (60) days from entry of this Order if the settlement is not consummated.

Copies to: Counsel of Record