UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| SHERHONDA JONES STEWART,<br>Individually and on behalf of all<br>similarly situated;<br>    Plaintiff<br><br>vs.<br><br>GLA COLLECTION COMPANY, INC.,<br>and John Does 1-25<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 3:19-cv-00560-RGJ<br>)<br>)<br>)<br>) |

**ORDER OF DISMISSAL WITH PREJUDICE**

The parties' Stipulation of Dismissal having been submitted for the consideration of the Court and the Court being fully advised in the premises, and it appearing to the Court that matters in controversy in the above-entitled cause of action involving the Plaintiff, Sherhonda Jones Stewart, and the Defendant, GLA Collection Company, Inc., including all claims contained in Plaintiff's Complaint as directed against the Defendant, GLA Collection Company, Inc., have been fully compromised and settled, the Court now APPROVES the parties' Stipulation of Dismissal, and it is

***ORDERED*** by the Court that this cause be and the same hereby is dismissed with prejudice as to GLA Collection Company, Inc., and said parties to pay their own costs.

*DATED* _____

_____
JUDGE, U.S. DISTRICT COURT

TENDERED BY:

/s/William E. Smith, III
William E. Smith, III
KIGHTLINGER & GRAY, LLP
Attorney for GLA Collection Company, Inc.
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
PHONE:  (812) 949-2300
FAX:    (812) 949-8556
E-MAIL:  wsmith@k-glaw.com



DISTRIBUTION TO:

William E. Smith, III
Kightlinger & Gray, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
wsmith@k-glaw.com

Yaakov Saks
Stein Saks, PLLC
285 Passaic St.
Hackensack, NJ  07601
ysaks@steinsakslegal.com